## MOORE v. COUGHLIN.

No. 2392. Opinion Filed February 11, 1913.

*Error from District Court, Kay County;*
*C. L. Pinkham, Judge.*

Action by Joe Coughlin against Reuben L. Moore. Judgment for plaintiff, and defendant brings error. Affirmed.

*H. B. Martin, Chas. E. Bush, John T. Murry, Jr.,* and *P. W. Cress,* for plaintiff in error.

*J. F. King,* for defendant in error.

PER CURIAM. The issues involved in this case are, so far as its merits are concerned, identical with those involved in the case of *Moore v. Coughlin* (not yet officially reported), 128 Pac. 257. The judgment of the trial court in that case was

affirmed, and as the case at bar was submitted on the same evidence as was introduced in that case, the same judgment will follow.

The judgment of the trial court is accordingly affirmed.